# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 27, 2023

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> THIS CASE HAS BEEN REASSIGNED TO JUDGE JOHN G. KOELTL. A CONFERENCE WILL BE HELD ON TUESDAY, NOVEMBER 14, 2023, AT 4:00PM.
>
> SO ORDERED.
> 10/31/23
> USDJ

Re:   **United States v. Khayyam Alexander**
       23 Cr. 474 (RMB)

Dear Judge Berman:

I write with the government's consent to respectfully request an adjournment of the above-captioned case, next scheduled for a status conference on October 31, 2023 at 2:00 pm.

To date, the government has disclosed Rule 16 discovery including, *inter alia*, Mr. Alexander's cell phone extractions. The government has not yet produced the set of returns it deems responsive to the warrant and cannot provide an estimate of when it expects to produce these responsive returns, which are relevant to Mr. Alexander's suppression motion.

Accordingly, the parties propose the following schedule for pretrial motions:

- Defense motions due January 12, 2024
- Government response due February 2, 2024
- Defense reply due February 9, 2024

Given this, and because Mr. Alexander works from 7:00 am to 3:00 pm in Brooklyn, and will have to miss a day of work to appear in Court, I respectfully request this matter be adjourned to a control date in mid-February. The government consents to this request.

2

Thank you for your consideration of this request.

                                              Respectfully submitted,

                                              /s/

                                              Marne L. Lenox

                                              *Counsel for Khayyam Alexander*

cc:      Counsel of record