UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

   - against -

KHAYYAM ALEXANDER,

      Defendant.

23-cr-474 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

  As discussed at the conference held on March 27, 2024, any defense motions are due by **May 24, 2024.** Responses are due by **June 14, 2024.** Replies are due by **June 21, 2024.** A hearing on any motions will be held on **July 19, 2024** at **10:00 a.m.**

  The Government must disclose any Rule 404(b) evidence by **August 16, 2024.** Requests to charge, motions in limine, and voir dire requests are due by **September 13, 2023.** Any responses and objections are due **September 27, 2024.** A final pre-trial conference is scheduled for **October 16, 2024 at 4:00 p.m.** Trial is scheduled for **October 22, 2024** at **9:00 a.m.**

SO ORDERED.

Dated:  New York, New York
     March 27, 2024

            John G. Koeltl
         United States District Judge