UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

KHAYYAM ALEXANDER,

            Defendant.

23-cr-474 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court will hear argument on the defendant's motion to suppress dated May 24, 2024 on **July 19, 2024 at 10:00 am**. The argument will not include an evidentiary hearing at this time. Initially, the defendant argued that an evidentiary hearing was required "[t]o the extent that the government argues the materials were lawfully seized under the plain view doctrine . . . ." ECF No. 44 at 36. The Government makes no such argument. In its reply brief, the defendant expands its request for an evidentiary hearing to determine "whether the execution of the electronic searches was properly limited in scope." ECF No. 44 at 11. At the argument on July 19, 2024, the parties can discuss whether any such evidentiary hearing is necessary or appropriate.

SO ORDERED.

Dated:    New York, New York
             July 3, 2024

                                            John G. Koeltl
                                      United States District Judge