**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————

**UNITED STATES OF AMERICA**

— **against** —

**KHAYYAM ALEXANDER,**

                **Defendant.**
————————————————————

**23-cr-474 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

    The sentencing is scheduled for **October 22, 2024** at **11:00 a.m.** Defense submissions in connection with the sentence are due **October 8, 2024**. The Government submissions are due **October 14, 2024**.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **August 23, 2024**

                                            /s/ John G. Koeltl
                                                **John G. Koeltl**
                                      **United States District Judge**