# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 15, 2025

**BY ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Khayyam Alexander**
    23 Cr. 474 (JGK)

Dear Judge Koeltl:

   I write to respectfully request that the Court extend Khayyam Alexander's voluntarily surrender date by 30 days so that he may voluntarily surrender directly to his designated facility, which has not yet been determined. Mr. Alexander also requests that he remain without a location monitor—which pretrial services removed on January 14 in conformity with the Court's December 12 Order, Dkt. 63—until his voluntary surrender date. Pretrial services does not object to the extension of Mr. Alexander's surrender date. Pretrial services also does not object to Mr. Alexander's continued release without location monitoring. The government takes no position concerning the extension of the surrender date, but objects to pretrial services supervision without a location monitor.

   On November 13, 2024, the Court sentenced Mr. Alexander to 16 months' incarceration following his guilty plea to one count of conspiracy in violation of 18 U.S.C. § 371 for mail theft. At sentencing, Mr. Alexander was directed to voluntarily surrender to his designated facility on January 17, 2025, this Friday. On December 12, the Court granted Mr. Alexander's application to remove his location monitor three days before his voluntary surrender date, on January 14, 2025. In accordance with that Order, yesterday, pretrial services removed Mr. Alexander's ankle monitor. The remaining conditions of Mr. Alexander's pretrial release remain in effect. *See* Dkt. 63.

   Mr. Alexander has not yet been notified of his designated facility. I emailed probation this week and requested the designation information but have not received a response to date. Accordingly, I respectfully request a 30-day extension of Mr. Alexander's January 17, 2025 voluntary surrender date. I also request that he not be required to be re-fitted for location monitoring during this time. In the alternative, I respectfully request that Mr. Alexander's self-surrender date be extended by 30 days with the understanding that he must return to pretrial

---

*Handwritten note from Judge:*

The surrender date is extended to February 21, 2025. Mr. Alexander should report to Pre-Trial Services to be refitted for location monitoring by January 27, 2025 and that monitoring device can be returned to Pre-Trial services on 2/18/25.

So Ordered
[signature]
JGK USDJ
1/15/25

Hon. John G. Koeltl

services to be fitted for location monitoring which may be removed three days before his new voluntary surrender date. *See id.*

    Thank you for your attention to this matter.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Khayyam Alexander*

cc:    Counsel of record

**SO ORDERED:**

_____
**THE HONORABLE JOHN G. KOELTL**
United States District Judge